249 So.2d 206

## STATE of Louisiana ex rel. Henry ANDERSON

v.

## C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

### No. 51538.

June 24, 1971.

In re: Henry Anderson applying for writs of certiorari and habeas corpus.

Writ granted. A contradictory hearing by the trial judge is ordered on the issue of whether counsel was present at applicant's sentencing.

249 So.2d 206

## Albert LAUZON

v.

## J. C. TRAHAN DRILLING CONTRACTOR, INC.

### No. 51492.

Supreme Court of Louisiana.
June 24, 1971.

In re: J. C. Trahan Drilling Contractor, Inc. applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of St. Bernard. 247 So.2d 236.

Writ refused. On the facts found by the Court of Appeal we find no error of law in the judgment complained of.